UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RICHARD ROCKHILL** | **CIVIL ACTION NO. 13-3186** |
| **LA. DOC #468163** | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STEVE MAY, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**RULING**

*Pro se* Plaintiff Richard Rockhill ("Rockhill"), proceeding *in forma pauperis*, filed the instant civil rights Complaint pursuant to 42 U.S.C. §1983 on December 4, 2013. Plaintiff is an inmate in the custody of Louisiana's Department of Corrections and is incarcerated at the Caldwell Corrections Center ("CCC"), but claims that Assumption Parish authorities have falsely accused him of the crime of terrorizing and issued a detainer which may interfere with his current release date of May 22, 2014. Additionally, he has raised other claims against Assumption Parish, as well as a complaint against the Caldwell Sheriff's Office for its alleged improper use of mace and tazers and a claim for lack of access to a law library.

On February 18, 2014, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 11] in which she recommended that the Court dismiss Rockhill's Complaint. She concluded, first, that the Court is required to abstain from interfering in Rockhill's state court prosecution under *Younger v. Harris*, 401 U.S. 37 (1971). She further concluded that Rockhill failed to establish his law library access and excessive force claims.

Rockhill filed objections [Doc. No. 15], a Motion to Make All Defendants Show Evidence [Doc. No. 16], a Motion for Speedy Trial [Doc. No. 17], and a Motion for Assumption

Parish to Charge Him [Doc. No. 18].

After a *de novo* review, the Court agrees with and ADOPTS the Report and Recommendation. As to those additional motions filed by Rockhill, the Court finds that those motions must also be denied under the *Younger* doctrine.

Therefore, Rockhill's civil rights Complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted, and his additional motions are **DENIED**.

**MONROE, LOUISIANA**, this 11th day of April, 2014.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**